

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 11-mJ-663 |
| Robert Charles Wells, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __4/1/11__, _____, at __1:00__ ☐a.m. / ☑p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 312 N. Spring St., LA CA 90012__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/29/11__            _____
                              U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                      Page 1 of 1